UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHY CORRIGAN,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 17-10856

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DAVID R.
GRAND

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [13]; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [10]; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12]; AND REMANDING CASE**

On August 7, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") [13] on Plaintiff's Motion for Summary Judgment [10] and Defendant's Motion for Summary Judgment [12]. The R&R recommended that the Court: grant Plaintiff's Motion to the extent that it seeks remand and deny Plaintiff's Motion to the extent that it seeks an award of benefits; deny Defendant's Motion; and remand the case for further proceedings pursuant to 42 U.SC. § 405(g). Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [13] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [10] is **GRANTED in part and DENIED in part**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [12] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the ALJ for further proceedings consistent with the R&R.

**THIS CASE IS CLOSED**.

**SO ORDERED**.

s/Arthur J. Tarnow

Dated: August 28, 2018

Arthur J. Tarnow
Senior United States District Judge